UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:25-cv-03070-MRA-DTB | Date | November 21, 2025 |
| Title | *Angel Martinez Echeverria v. James Janecka et al.* | | |

| | |
|---|---|
| Present: The Honorable | MONICA RAMIREZ ALMADANI, UNITED STATES DISTRICT JUDGE |

| Melissa H. Kunig | None Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE**

The Court is in receipt of the Respondents' Request to Dismiss for Lack of Jurisdiction, ECF 7, and Notice of Errata, ECF 8, and Petitioner's Reply in Support of Ex Parte Application for Restraining Order, ECF 9. Petitioner's Petition for Writ of Habeas Corpus and Ex Parte Application for Temporary Restraining Order indicate that Petitioner is currently in custody at the Adelanto Detention Center, Adelanto, California, which is located in the Central District of California. Respondents, however, represent, based on information provided by the Immigration and Customs Enforcement website, that since September 17, 2025, Petitioner has been in custody at the Golden State Annex, which is located in McFarland, California, in the Eastern District of California. ECF 8-1 at 2. Respondents argue that this Court therefore lacks jurisdiction over Petitioner's habeas petition. *Id.* at 3.

In his Reply, Petitioner contends that, to the extent this action was filed in the incorrect venue, the proper course is to transfer to the Eastern District of California rather than to dismiss the petition. ECF 9. However, Petitioner does not directly address or refute Respondents' representations as to where he was detained when he filed his habeas petition. *See Francis v. Rison*, 894 F.3d 353, 354 (9th Cir. 1990) ("[J]urisdiction attaches on initial filing for habeas corpus relief, and it is not destroyed by a transfer of the petitioner and the accompanying custodial change." (quotation marks and citation omitted)). The parties are therefore **ORDERED TO SHOW CAUSE** in writing, no later than November 24, 2025, at 12:00 p.m., as to why this matter should not be transferred to the Eastern District of California. Failure to file a response by that deadline will be deemed consent to the transfer.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:25-cv-03070-MRA-DTB | Date | November 21, 2025 |
| Title | *Angel Martinez Echeverria v. James Janecka et al.* | | |

**IT IS SO ORDERED.**

                                                   \_\_\_ : \_\_\_

Initials of Deputy Clerk    mku